UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARA WILLIAMS,

    Plaintiff,

v.   Case No.: 8:04-cv-2636-T-24-TGW

ASC GEOSCIENCES, INC.,

    Defendant.
_____/

**O R D E R**

Because this case involves questions of law or fact common to those in Carol Butler v. ASC Geosciences, Case No. 8:04-Civ-2631-T-17 MSS, which is pending before the Honorable Elizabeth A. Kovachevich, this cause is hereby **TRANSFERRED** to Judge Kovachevich, with her consent, for all further proceeding pursuant to Local Rule 1.04(a), M.D. Fla.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of May, 2005

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Kovachevich
All Parties and Counsel of Record
Courtroom Deputy